UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

Jonathan Riches,

    Plaintiff,

        v.                                                  09-2126

The Terminator

    Defendants.

OPINION AND ORDER

       This case is frivolous and deserves no further judicial time.  *See Lee v. Clinton*, 209 F.3d 1025 (7th Cir. 2000), and *Gladney v. Pendleton Correctional Facility*, 302 F.3d 773, 774 (7th Cir. 2002)(Sometimes, however, a suit is dismissed because the facts alleged in the complaint are so nutty ("delusional" is the polite word) that they're unbelievable, even though there has been no evidentiary hearing to determine their truth or falsity.)  Therefore it will be dismissed.

       This is only one of several frivolous case filed by Jonathan Lee Riches in this court.  He is an abusive filer who has submitted hundreds of frivolous cases in federal courts across the country.  In addition, in 3:08-cv-00510, Robert L. Miller, Jr., Chief Judge of the United States District Court, Northern District of Indiana found that Riches attempted to intervene in cases in which he has no legitimate interest.  See *In re FedEx Ground Package System, Inc, Employment Practices Litigation*, 3:05-MD-527, MDL 1700.  The United States Supreme Court has stated approvingly that, "[f]ederal courts have both the inherent power and constitutional obligation to protect their jurisdiction from conduct which impairs their ability to carry out Article III functions."  *In re McDonald*, 489 U.S. 180, 185 n. 8 (1989) citing *In re Martin-Trigona*, 737 F. 2d 1254, 1261 (2nd Cir. 1984).  Mr. Riches has relentlessly harassed this court and other federal courts across the country.  He is a federal prisoner confined in Kentucky who has demonstrated that he has no legitimate claims in this court.  See 08-cv-1121, 08-cv-1211, 08-cv-2143, 08-cv-2144, 07-cv-3282, 08-cv-4036 and 09-cv-4033.  It is unnecessary to permit his abusive filings here to escalate further. Therefore he will be restricted from filing any other papers in this court.

For the foregoing reasons, the court:

1.     DISMISSES this complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(I).
2.     RESTRICTS Jonathan Lee Riches from filing in this court.
3.     DIRECTS the clerk of the court not to file anything submitted by or on behalf of

      Jonathan Lee Riches, except for a notice of appeal from this order.  The clerk of the court shall discard his documents in the trash.
4.    DIRECTS the clerk to note on the docket of this case any attempted filings in violation of this order.

Enter this   3rd     day of June 2009.

                /s/ Michael P. McCuskey
           _____
                 Michael P. McCuskey
            Chief United States District Judge