AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

JONATHAN RICHES,
Plaintiff,

vs.                                                                    Case Number:   **09-2126**

THE TERMINATOR, ET AL,
Defendants.

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that case is dismissed pursuant to 28 U.S.C. §1915(E)(2)(b)(1).

ENTER this 3RD day of JUNE 2009.

s/Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY:  DEPUTY CLERK